| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **District of New Jersey** |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**    *Check one:*
   ☐ Chapter 7
   ■ Chapter 11

**Part 2:    Identify the Debtor**

2. **Debtor's name**    **Semper Utilities, LLC**

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   **82-1802627**
   EIN

5. **Debtor's address**

   **Principal place of business**
   **16 Canyon Drive**
   Number    Street

   **Berlin NJ 08009-0000**
   City    State    Zip Code

   **Camden**
   County

   **Mailing address, if different**
   Number    Street

   P.O. Box

   City    State    Zip Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    Zip Code

6. **Debtor's website** (URL)    _____

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Debtor    **Semper Utilities, LLC**                                                                      Case number *(if known)*

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

■ No
☐ Yes.  Debtor _____    Relationship _____
District _____  Date filed _____ (MM / DD / YYYY)  Case number, if known _____

Debtor _____    Relationship _____
District _____  Date filed _____ (MM / DD / YYYY)  Case number, if known _____

## Part 3: Report About the Case

**10. Venue**    *Check one:*

■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **TruConTra Power, LLC** | **Account Payable** | $890413.24 |
|  |  | $ |
|  |  | $ |
| **Edison Power Constructors, Inc.** | **Judgment** | $5570083.22 |
|  |  | $ |
|  |  | $ |
| **Chym IV Ventures, LLC** | **Secured loan** | $0 |
|  |  | $ |
|  |  | $ |
| **SZY Holdings, LLC** | **Secured loan** | $0 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $6460496.46 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

Debtor **Semper Utilities, LLC**     Case number *(if known)*

## Part 4   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner**<br>**TruConTra Power, LLC**<br>Name<br><br>**3120 W Carefree Highway**<br>**Ste 1-440**<br>Number    Street<br>**Phoenix AZ 85086-0000**<br>City     State     Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>Name<br><br>Number    Street<br><br>City     State     Zip Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on    **December 2, 2021**<br>     MM / DD / YYYY<br><br>**/s/ Trudy Conner**<br>Signature of petitioner or representative, including representative's title | Printed name<br><br>Firm name, if any<br><br>Number    Street<br><br>City     State     Zip Code<br>Contact phone     Email<br><br>Bar number<br><br>State<br><br>**/s/**<br>Signature of attorney<br>Date signed    **December 2, 2021**<br>     MM / DD / YYYY |

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner**<br>**Edison Power Constructors, Inc.**<br>Name<br><br>**3450 N Higley Rd**<br>Number    Street<br>**Mesa AZ 85215-0000**<br>City     State     Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>Name<br><br>Number    Street<br><br>City     State     Zip Code | **Edward J. Altabet**<br>Printed name<br><br>**Cohen Seglias Pallas Greenhall & Furman PC**<br>Firm name, if any<br>**55 Broadway, Suite 901**<br>Number    Street<br>**New York NY 10006-0000**<br>City     State     Zip Code<br>Contact phone    **212.871.7019**    Email    **ealtabet@cohenseglias.com**<br><br>Bar number<br><br>State |

Official Form 205      Involuntary Petition Against a Non-Individual      page 3

| Debtor | **Semper Utilities, LLC** | Case number *(if known)* | |

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **December 2, 2021**
MM / DD / YYYY

**/s/ Edward J. Altabet**
Signature of petitioner or representative, including representative's title

**/s/ Edward J. Altabet**
Signature of attorney
Date signed **December 2, 2021**
MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**
**Chym IV Ventures, LLC**
Name

**C/o Ravin Greenberg, LLC**
**24 Commerce Street**
Number    Street

**Newark NJ 07102-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **December 2, 2021**
MM / DD / YYYY

**/s/ Chad Friedman**
Signature of petitioner or representative, including representative's title

**Attorneys**

**Law Offices of Douglas T. Tabachnik, P.C**
Printed name

Firm name, if any
**63 West Main Street**
**Suite C**
Number    Street
**Freehold NJ 07728-0000**
City    State    Zip Code
Contact phone **732-780-2760**    Email **dtabachnik@dttlaw.com**

Bar number

State    **NJ**

**/s/ Law Offices of Douglas T. Tabachnik, P.C**
Signature of attorney
Date signed **December 2, 2021**
MM / DD / YYYY

---

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**
**SZY Holdings, LLC**
Name

**300 Liberty Avenue**
Number    Street

**Brooklyn NY 11207-0000**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    Zip Code

**Attorneys**

**Douglas T. Tabachnik, Esq.**
Printed name

**Law Offices of Douglas T. Tabachnik, P.C**
Firm name, if any
**63 West Main Street**
**Suite C**
Number    Street
**Freehold NJ 07728-0000**
City    State    Zip Code
Contact phone **732-780-2760**    Email **dtabachnik@dttlaw.com**

Bar number

State    **NJ**

| Debtor | **Semper Utilities, LLC** | Case number *(if known)* | |
|---|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 2, 2021**
　　　　　　　MM / DD / YYYY

**/s/ Sheldon Perl**
Signature of petitioner or representative, including representative's title

**/s/ Douglas T. Tabachnik, Esq.**
Signature of attorney

Date signed   **December 2, 2021**
　　　　　　　MM / DD / YYYY